UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AUDRA TOOP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RACHEL ROLLINS,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      Civil Action No. 19-11602-DJC |

## ORDER OF DISMISSAL

**CASPER, J.**

For the reasons stated in the Order dated November 25, 2019, this action is DISMISSED based on Younger abstention.

　　　　　　　　　　　　　　　　　　　ROBERT M. FARRELL
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Dated: 11/25/2019　　　　　　　　　By /s/ Lisa Hourihan
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

1